SIDNEY Y. UNGAR, *ET AL.*, PLAINTIFFS-PETITIONERS, CROSS-RESPONDENTS, v. ALEXANDER SUMMER, *ET AL.*, DEFENDANTS-RESPONDENTS, CROSS-PETITIONERS.

*Messrs. Clapp & Eisenberg* and *Mr. Harold Friedman* for the petitioners, cross-respondents.

*Messrs. Van Riper & Belmont* and *Mr. Charles E. Villanueva* for the respondents-cross-petitioners.

May 12, 1965. Denied.

NICHOLAS DEE, PETITIONER-PETITIONER, v. EXCEL WOOD PRODUCTS CO., INC., RESPONDENT-RESPONDENT.

See same case below: 86 *N. J. Super.* 453.

*Mr. Aaron Gordon* for the petitioner.

*Messrs. Meredith & Meredith* for the respondent.

May 12, 1965. Denied.